UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KEITH THOMPSON (#109223)

VERSUS

RICHARD L. STALDER, ET AL

CIVIL ACTION

NO. 07-203-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated January 15, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the court declines to exercise supplemental jurisdiction and the defendants' Motion to Dismiss (rec. doc. 13) is granted in part, in that the plaintiff's claim for monetary damages against the defendants in their official capacities are dismissed, and denied in all other respects, and this matter is referred back to the United States Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, March  17 , 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA