UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KEITH THOMPSON (#109223)

VERSUS

RICHARD L. STALDER, ET AL

CIVIL ACTION

NO. 07-203-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated February 3, 2010, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the court declines to exercise supplemental jurisdiction, and the plaintiff's motion for summary judgment (rec. doc. 19) is denied. Further, summary judgment will be granted <u>sua sponte</u> in favor of the defendants and against the plaintiff, dismissing the plaintiff's action, without prejudice to any state law claims which the plaintiff may have.

Baton Rouge, Louisiana, March 4, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA